IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| LAJUNA LYNETTE RUSK | § | |
| VS. | § | CIVIL ACTION NO. 6:18cv23 |
| LONGVIEW POLICE DEPARTMENT, ET AL. | § | |

## ORDER ADMINISTRATIVELY CLOSING CASE

The above-styled and numbered civil action was heretofore referred to United States Magistrate Judge K. Nicole Mitchell. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration.

Plaintiff filed a response (Dkt. #12) agreeing to the findings in the Report and Recommendation. In light of the response (Dkt. #12) and no objections having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the court. It is therefore

**ORDERED** that this civil rights lawsuit is **ADMINISTRATIVELY CLOSED**. Plaintiff may ask the Court to place the case back on the active docket if and when the criminal charges are resolved in her favor. If Plaintiff is convicted or the criminal charges are finally resolved against her, then the case will be dismissed. The case will also be dismissed if the Court does not hear from Plaintiff within two years from the entry of this order administratively closing the case.

**SIGNED this the 29th day of March, 2018.**

*/s/ Richard A. Schell*
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE